UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
HIRA, ANOOP § Case No. 13-00803 DRC
HIRA, SHARMILLA §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]               $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-00803 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HIRA, ANOOP | | | Date Filed (f) or Converted (c): | 01/09/13 (f) |
| | HIRA, SHARMILLA | | | 341(a) Meeting Date: | 02/11/13 |
| For Period Ending: | 05/06/14 | | | Claims Bar Date: | 10/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 658 Spicebush Lane Aurora IL 60504 | 141,909.00 | 22,000.00 | | 141,000.00 | FA |
| 2. 429 Grosvenor Lane Aurora IL 60504 | 176,706.00 | 0.00 | | 0.00 | FA |
| 3. Checking Oxford Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking US Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 1998 Toyota Rav 4 Kelly Blue Book Private Fair | 2,491.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Toyota Camry LEX KBB Private Fair | 2,479.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values) $328,585.00 $22,000.00 $141,000.00

Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims to be reviewed and objections thereto filed if necessary. Then the Final report will be filed.

Initial Projected Date of Final Report (TFR): 02/28/14    Current Projected Date of Final Report (TFR): 02/28/14

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                    Ver: 17.05c

Case 13-00803 Doc 34 Filed 05/08/14 Entered 05/08/14 14:02:59 Desc Main
Document Page 4 of 10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-00803 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HIRA, ANOOP | | Bank Name: | ASSOCIATED BANK |
| | HIRA, SHARMILLA | | Account Number / CD #: | *******9585 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2145 | | | |
| For Period Ending: | 05/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/13 | 1 | First American Title Insurance Company | Sale of Real Estate | | 22,004.40 | | 22,004.40 |
| | | 27775 Diehl Road | | | | | |
| | | Warrenville, IL 60555 | | | | | |
| | | FIRST AMERICAN TITLE INSURANCE COMP | Memo Amount:     141,000.00 | 1110-000 | | | |
| | | | Gross Sale of Real Estate | | | | |
| | | | Memo Amount:  (    3,716.16 ) | 2820-000 | | | |
| | | | Post Petition County Taxes | | | | |
| | | BAIRD & WARNER | Memo Amount:  (    3,375.00 ) | 3510-000 | | | |
| | | | Realtor's Commission | | | | |
| | | REMAX HORIZON | Memo Amount:  (    5,085.00 ) | 3510-000 | | | |
| | | | Realtor's Commission | | | | |
| | | CHASE | Memo Amount:  (   73,300.65 ) | 4110-000 | | | |
| | | | Payoff of First Mortgage | | | | |
| | | NATURE'S EDGE CONDO ASSOCIATION | Memo Amount:  (      326.13 ) | 2500-000 | | | |
| | | | Association Dues | | | | |
| | | FOX METRO WATER DISTRICT | Memo Amount:  (        6.30 ) | 4120-000 | | | |
| | | | Final Water Bill | | | | |
| | | CITY OF AURORA | Memo Amount:  (      174.36 ) | 4120-000 | | | |
| | | | Water Bill | | | | |
| | | ARS SURVEY | Memo Amount:  (      335.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | | Memo Amount:  (    2,677.00 ) | 2500-000 | | | |
| | | | Misc Closing Costs | | | | |
| | | ANOOP & SHARMILLA HIRA | Memo Amount:  (   30,000.00 ) | 8100-000 | | | |
| | | | Debtors' Homestead Exemption | | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 21,994.40 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.64 | 21,962.76 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.65 | 21,930.11 |

Page Subtotals       22,004.40       74.29

UST Form 101-7-TFR (5/1/2011) (Page: 4)
LFORM24
Ver: 17.05c

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-00803 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HIRA, ANOOP | | Bank Name: | ASSOCIATED BANK |
| | HIRA, SHARMILLA | | Account Number / CD #: | *******9585 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2145 | | | |
| For Period Ending: | 05/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.61 | 21,897.50 |
| 02/11/14 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond # 016026455 | 2300-000 | | 29.27 | 21,868.23 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.39 | 21,838.84 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.47 | 21,806.37 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 141,000.00 | COLUMN TOTALS | | 22,004.40 | 198.03 | 21,806.37 |
| | Memo Allocation Disbursements: | 118,995.60 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 22,004.40 | 198.03 | |
| | Memo Allocation Net: | 22,004.40 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 22,004.40 | 198.03 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 141,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 118,995.60 | Checking Account (Non-Interest Earn - ********9585) | | 22,004.40 | 198.03 | 21,806.37 |
| | | | | | ---------------- | ---------------- | ---------------- |
| | Total Memo Allocation Net: | 22,004.40 | | | 22,004.40 | 198.03 | 21,806.37 |
| | | | | | ========= | ========= | ========= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 123.74

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.05c

| Page 1 | | CLAIMS ANALYSIS<br>CLAIMS REGISTER | | | | Date: May 06, 2014 |
|---|---|---|---|---|---|---|

Case Number:   13-00803   Claim Class, Priority Sequence
Debtor Name:   HIRA, ANOOP

| Code # | Creditor Name & Address | Claim Class   Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001<br>3110-00 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | $8,670.00 | $0.00 | $8,670.00 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | $29.27 | $29.27 | $0.00 |
| 1<br>070<br>7100-90 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>  (1-1) Unsecured Debt | $448.11 | $0.00 | $448.11 |
| 10<br>070<br>7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Unsecured<br>  (10-1) COLLATERAL=UNSECURED ASSET: 429 GROSVENOR LANE<br>  (10-1) SUBMITTED BY C SWIDER 1000 | $29,115.65 | $0.00 | $29,115.65 |
| 11<br>070<br>7100-90 | Capital One, N.A. (Best Buy Co., Inc.)<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | $860.52 | $0.00 | $860.52 |
| 2<br>070<br>7100-90 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>  (2-1) Unsecured Debt | $747.68 | $0.00 | $747.68 |
| 3<br>070<br>7100-90 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | $2,018.50 | $0.00 | $2,018.50 |
| 4<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | $12,196.34 | $0.00 | $12,196.34 |
| 5<br>070<br>7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>  (5-1) CREDIT CARD DEBT | $1,269.39 | $0.00 | $1,269.39 |
| 6<br>070<br>7100-90 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured<br>  (6-1) CREDIT CARD DEBT | $7,256.37 | $0.00 | $7,256.37 |
| 7<br>070<br>7100-90 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>  (7-1) CREDIT CARD DEBT | $981.22 | $0.00 | $981.22 |

| Page 2 | | CLAIMS ANALYSIS<br>CLAIMS REGISTER | | | | Date: May 06, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 13-00803 | | Claim Class, Priority Sequence | | | |
| Debtor Name: | HIRA, ANOOP | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8<br>070<br>7100-90 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (8-1) WAL-MART DISCOVER CARD | $2,717.90 | $0.00 | $2,717.90 |
| 9<br>070<br>7100-90 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (9-1) JCPENNEY CREDIT SERVICES | $1,829.93 | $0.00 | $1,829.93 |
| | Case Totals: | | | $68,140.88 | $29.27 | $68,111.61 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-00803 DRC
Case Name: HIRA, ANOOP
      HIRA, SHARMILLA
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: SPRINGER BROWN, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 2 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 3 | Credit First NA | $ | $ | $ |
| 4 | Sallie Mae | $ | $ | $ |
| 5 | American Express Centurion Bank | $ | $ | $ |
| 6 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 7 | Capital One, N.A. | $ | $ | $ |
| 8 | Capital Recovery V, LLC | $ | $ | $ |
| 9 | Capital Recovery V, LLC | $ | $ | $ |
| 10 | PNC BANK | $ | $ | $ |
| 11 | Capital One, N.A. (Best Buy Co., Inc.) | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE