UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| HIRA, ANOOP<br>HIRA, SHARMILLA | § § § | Case No. 13-00803 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKRUPTCY COURT
    219 S. DEARBORN STREET
    CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/30/2014 in Courtroom 240,
    United States Courthouse
    Old Kane County Courthouse
    100 S. Third Street, Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

HIRA, ANOOP
HIRA, SHARMILLA

Case No. 13-00803

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 141,000.00 |
| and approved disbursements of | $ | 119,193.63 |
| leaving a balance on hand of[1] | $ | 21,806.37 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 8,800.00 | $ 0.00 | $ 8,800.00 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 8,490.00 | $ 0.00 | $ 8,490.00 |
| Attorney for Trustee Expenses: SPRINGER BROWN, LLC | $ 180.00 | $ 0.00 | $ 180.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 29.27 | $ 29.27 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 17,470.00 |
| Remaining Balance | | $ | 4,336.37 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,441.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $ 448.11 | $ 0.00 | $ 32.69 |
| 2 | Quantum3 Group LLC as agent for | $ 747.68 | $ 0.00 | $ 54.54 |
| 3 | Credit First NA | $ 2,018.50 | $ 0.00 | $ 147.25 |
| 4 | Sallie Mae | $ 12,196.34 | $ 0.00 | $ 889.74 |
| 5 | American Express Centurion Bank | $ 1,269.39 | $ 0.00 | $ 92.61 |
| 6 | eCAST Settlement Corporation, assignee | $ 7,256.37 | $ 0.00 | $ 529.36 |
| 7 | Capital One, N.A. | $ 981.22 | $ 0.00 | $ 71.58 |
| 8 | Capital Recovery V, LLC | $ 2,717.90 | $ 0.00 | $ 198.28 |
| 9 | Capital Recovery V, LLC | $ 1,829.93 | $ 0.00 | $ 133.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | PNC BANK | $ 29,115.65 | $ 0.00 | $ 2,124.04 |
| 11 | Capital One, N.A. (Best Buy Co., Inc.) | $ 860.52 | $ 0.00 | $ 62.78 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 4,336.37 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
                               Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-00803-DRC
Anoop Hira                                                                Chapter 7
Sharmilla Hira
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 3             Date Rcvd: May 12, 2014
                              Form ID: pdf006            Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2014.
```
db/jdb         #+Anoop Hira,    Sharmilla Hira,    658 Spicebush,    Aurora, IL 60504-4210
19898032       +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
20948654        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19898034       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
19898035        Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 1337,    Philadelphia, PA 19101
19898045      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank,     Attn: Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195)
19898037       +Capital One / Best B,    Po Box 5253,    Carol Stream, IL 60197-5253
19898038       +Capital One / Carson,    Po Box 5253,    Carol Stream, IL 60197-5253
20971158        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21272375       +Capital One, N.A. (Best Buy Co., Inc.),     c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
19898039       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
19898041       +Chase Bank Usa, Na,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
19898040       +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
19898042       +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr., Mail Code Oh4-7302,
                Columbus, OH 43219-6009
19898043       +Chase/circuit City,    225 Chastain Meadows Ct., Nw,    Kennesaw, GA 30144-5944
19898044       +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
19898049       +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls, SD 57117-6191
19898055       +Codilis and Assoc 1919767201,    15W030 North Frontage Rd Ste. 100,    Willowbrook, IL 60527-6921
19898057       +Codilis and Associates PC,    15W030 North Frontage Rd Ste. 100,    Willowbrook, IL 60527-6921
20909182       +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
19898058       +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
19898059       +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
19898064       +Dreyer Medical Group,    1870 West Galena Blvd,    Aurora, IL 60506-4387
19898065       +Dupage Credit Union,    1515 Bond St,    Naperville, IL 60563-0112
19898078       +HSBC/Menards,    Attn: Bankruptcy,    Pob 5263,    Carol Stream, IL 60197-5263
19898077       +HSBC/Menards,    Attn: Bankruptcy Dept,    Po Box 5263,    Carol Stream, IL 60197-5263
19898073       +Harris N.a.,    Bmo-Harris Bank/Attention: Legal Service,    1100 W. Monroe 421 E,
                Chicago, IL 60607-2507
19898075       +Hsbc Carson,    Po Box 5253,    Carol Stream, IL 60197-5253
19898080       +Macy's/dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19898081        Mid America Federal S&,    55th & Holmes,    Claredon Hills, IL 60514
21116183       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
19898083       #Pathology Assoc of Aurora LLC,    5620 Southwyck Blvd,    Toledo, OH 43614-1501
19898084       +Pnc Bank, N.a.,    P.o.box 3180,    Pittsburgh, PA 15230-3180
19898085       +Pnc Mortgage,    3232 Nemark Dr,    Miamisburg, OH 45342-5433
19898087        Sears/cbna,    133200 Smith Rd,    Cleveland, OH 44130
19898086       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
19898089       +Sears/citibank Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19898088       +Sears/citibank Cbna,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
19898090        Us Bank,    Cb Disputes,    Saint Louis, MO 63166
19898092        Us Bank/na Nd,    Cb Disputes,    St Louis, MO 63166
19898093        Valley Imaging Consultants,    PO Box 223800,    Pittsburgh, PA 15251-2800
19898094       +Victoria's Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
19898095       +Wfnnb/harlem,    Attention: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
20969928        eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19898036       +E-mail/Text: bankruptcynotices@bmwfs.com May 13 2014 00:54:53     Bmw Financial Services,
                Attn: Bankruptcy Department,    5550 Britton Pkwy,    Hilliard, OH 43026-7456
21272375       +E-mail/Text: bnc@bass-associates.com May 13 2014 00:47:57
                Capital One, N.A. (Best Buy Co., Inc.),     c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
21074823        E-mail/PDF: rmscedi@recoverycorp.com May 13 2014 00:59:12     Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19898063       +E-mail/Text: asaravia@dsgcollect.com May 13 2014 00:48:45     Diversified Svs Group,
                1824 W Grand Ave Ste 200,    Chicago, IL 60622-6721
19898068       +E-mail/PDF: gecsedi@recoverycorp.com May 13 2014 00:58:26     Gemb/JC Penny,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19898066       +E-mail/PDF: gecsedi@recoverycorp.com May 13 2014 00:50:30     Gemb/bargin Outlet,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19898067       +E-mail/PDF: gecsedi@recoverycorp.com May 13 2014 00:58:25     Gemb/care Credit,
                Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19898070       +E-mail/PDF: gecsedi@recoverycorp.com May 13 2014 00:57:43     Gemb/walmart,    Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
19898071       +E-mail/PDF: gecsedi@recoverycorp.com May 13 2014 00:59:11     Gemb/walmart Dc,    Walmart/GEMB,
                Po Box 103104,    Roswell, GA 30076-9104
19898079       +E-mail/Text: bnckohlsnotices@becket-lee.com May 13 2014 00:48:08     Kohls/capital One,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
```

```
District/off: 0752-1            User: bchavez              Page 2 of 3              Date Rcvd: May 12, 2014
                                Form ID: pdf006            Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20871063         E-mail/Text: bnc-quantum@quantum3group.com May 13 2014 00:48:39
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
20948287        +E-mail/PDF: pa_dc_claims@navient.com May 13 2014 00:50:21      Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19898033*       +American Express,   American Express Special Research,   Po Box 981540,   El Paso, TX 79998-1540
19898046*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
                  Kansas City, MO 64195)
19898047*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
                  Kansas City, MO 64195)
19898048*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
                  Kansas City, MO 64195)
19898053*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,
                  Po Box 20363,   Kansas City, MO 64195)
19898054*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,
                  Po Box 20363,   Kansas City, MO 64195)
19898072*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Gordons,   CitiCards Private Label Bankruptcy,   Po Box 20483,
                  Kansas City, MO 64195)
19898050*       +Citibank Stu,   Attn: Bankruptcy,   Po Box 6191,   Sioux Falls, SD 57117-6191
19898051*       +Citibank Stu,   Attn: Bankruptcy,   Po Box 6191,   Sioux Falls, SD 57117-6191
19898052*       +Citibank Stu,   Attn: Bankruptcy,   Po Box 6191,   Sioux Falls, SD 57117-6191
19898056*       +Codilis and Assoc 1919767201,   15W030 North Frontage Rd Ste. 100,   Willowbrook, IL 60527-6921
19898060*       +Dependon Collection Se,   Attn: Bankruptcy,   Po Box 4833,   Oak Brook, IL 60522-4833
19898061*       +Dependon Collection Se,   Attn: Bankruptcy,   Po Box 4833,   Oak Brook, IL 60522-4833
19898062*       +Dependon Collection Se,   Attn: Bankruptcy,   Po Box 4833,   Oak Brook, IL 60522-4833
19898069*       +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19898074*       +Harris N.a.,   Bmo-Harris Bank/Attention: Legal Service,   1100 W. Monroe 421 E,
                  Chicago, IL 60607-2507
19898082*        Mid America Federal S&,   55th & Holmes,   Claredon Hills, IL 60514
19898091*        Us Bank,   Cb Disputes,   Saint Louis, MO 63166
19898076        ##+Hsbc Retail Services,   Po Box 15521,   Wilmington, DE 19850-5521
                                                                                   TOTALS: 0, * 18, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2014 at the address(es) listed below:
          David J. Howard    on behalf of Joint Debtor Sharmilla  Hira pazuzuhoward@yahoo.com
          David J. Howard    on behalf of Debtor Anoop  Hira pazuzuhoward@yahoo.com
          Jessica S Naples    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION ND-Two@il.cslegal.com
          Meredith S Fox    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com
```

```
District/off: 0752-1          User: bchavez              Page 3 of 3            Date Rcvd: May 12, 2014
                              Form ID: pdf006            Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Michele M Springer   on behalf of Trustee Thomas E Springer mspringer@springerbrown.com, marigonzo@springerbrown.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Thomas E Springer   tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com

                                                TOTAL: 7