UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
HIRA, ANOOP § Case No. 13-00803
HIRA, SHARMILLA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on           . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anoop & Sharmilla Hira |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Chase Po Box 24696 Columbus, OH 43224 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Codilis and Assoc 1919767201 15W030 North Frontage Rd Ste. 100 Willowbrook, IL 60527 | | | | | |
| | Codilis and Assoc 1919767201 15W030 North Frontage Rd Ste. 100 Willowbrook, IL 60527 | | | | | |
| | Codilis and Associates PC 15W030 North Frontage Rd Ste. 100 Willowbrook, IL 60527 | | | | | |
| | Pnc Bank, N.a. P.o.box 3180 Pittsburgh, PA 15222 | | | | | |
| | Pnc Mortgage 3232 Nemark Dr Miamisburg, OH 45342 | | | | | |
| | CHASE | | | | | |
| | CITY OF AURORA | | | | | |
| | FOX METRO WATER DISTRICT | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ARS SURVEY | | | | | |
| Misc Closing Costs | | | | | |
| NATURE'S EDGE CONDO ASSOCIATION | | | | | |
| ASSOCIATED BANK | | | | | |
| Post Petition County Taxes | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| BAIRD & WARNER | | | | | |
| REMAX HORIZON | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware Attention: Bankruptcy Po Box 1337 Philadelphia, PA 19101 | | | | | |
| | Bmw Financial Services Attn: Bankruptcy Department 5550 Britton Pkwy Hilliard, OH 43026 | | | | | |
| | Capital One / Best B Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Capital One / Carson Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Chase Bank Usa, Na 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Chase Bank Usa, Na Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Manhattan Attn: Bankruptcy Research Dept 3415 Vision Dr., Mail Code Oh4-7302 Columbus, OH 43219 | | | | | |
| | Chase/circuit City 225 Chastain Meadows Ct., Nw Kennesaw, GA 30144 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 |  |  |  |  |  |
|  | Citibank Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 |  |  |  |  |  |
|  | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 |  |  |  |  |  |
|  | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 |  |  |  |  |  |
|  | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 |  |  |  |  |  |
|  | Citibank Stu Attn: Bankruptcy Po Box 6191 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Citibank Stu Attn: Bankruptcy Po Box 6191 Sioux Falls, SD 57117 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Stu Attn: Bankruptcy Po Box 6191 Sioux Falls, SD 57117 | | | | | |
| | Citibank Stu Attn: Bankruptcy Po Box 6191 Sioux Falls, SD 57117 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Credit First/CFNA Bk13 Credit Operations Po Box 818011 Cleveland, OH 44181 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Diversified Svs Group 1824 W Grand Ave Ste 200 Chicago, IL 60622 | | | | | |
| | Dreyer Medical Group 1870 West Galena Blvd Aurora, IL 60506 | | | | | |
| | Dupage Credit Union 1515 Bond St Naperville, IL 60563 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/bargin Outlet Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/care Credit Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/walmart Dc Walmart/GEMB Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gordons CitiCards Private Label Bankruptcy `Po Box 20483 Kansas City, MO 64195 | | | | | |
| | HSBC/Menards Attn: Bankruptcy Dept Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | HSBC/Menards Attn: Bankruptcy Pob 5263 Carol Stream, IL 60197 | | | | | |
| | Harris N.a. Bmo-Harris Bank/Attention: Legal Service 1100 W. Monroe 421 E Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. Bmo-Harris Bank/Attention: Legal Service 1100 W. Monroe 421 E Chicago, IL 60603 | | | | | |
| | Hsbc Carson Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Retail Services Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Kohls/capital One N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Macy's/dsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Mid America Federal S& 55th & Holmes Claredon Hills, IL 60514 | | | | | |
| | Mid America Federal S& 55th & Holmes Claredon Hills, IL 60514 | | | | | |
| | Pathology Assoc of Aurora LLC 5620 Southwyck Blvd Toledo, OH 43614-1501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbna 133200 Smith Rd Cleveland, OH 44130 | | | | | |
| | Sears/cbna Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/citibank Cbna 8725 W. Sahara Ave The Lakes, NV 89163 | | | | | |
| | Sears/citibank Cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Us Bank Cb Disputes Saint Louis, MO 63166 | | | | | |
| | Us Bank Cb Disputes Saint Louis, MO 63166 | | | | | |
| | Us Bank/na Nd Cb Disputes St Louis, MO 63166 | | | | | |
| | Valley Imaging Consultants PO Box 223800 Pittsburgh, PA 15251-2800 | | | | | |
| | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/harlem Attention: Bankruptcy Po Box 182685 Columbus, OH 43218 | | | | | |
| 10 | Pnc Bank | | | | | |
| 4 | Sallie Mae | | | | | |
| 5 | American Express Centurion Bank | | | | | |
| 7 | Capital One, N.A. | | | | | |
| 11 | Capital One, N.A. (Best Buy Co., In | | | | | |
| 8 | Capital Recovery V, Llc | | | | | |
| 9 | Capital Recovery V, Llc | | | | | |
| 3 | Credit First Na | | | | | |
| 6 | Ecast Settlement Corporation, Assig | | | | | |
| 1 | Quantum3 Group Llc As Agent For | | | | | |
| 2 | Quantum3 Group Llc As Agent For | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 13-00803 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HIRA, ANOOP | | | Date Filed (f) or Converted (c): | 01/09/13 (f) |
| | HIRA, SHARMILLA | | | 341(a) Meeting Date: | 02/11/13 |
| For Period Ending: | 11/25/14 | | | Claims Bar Date: | 10/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 658 Spicebush Lane Aurora IL 60504 | 141,909.00 | 22,000.00 | | 141,000.00 | FA |
| 2. 429 Grosvenor Lane Aurora IL 60504 | 176,706.00 | 0.00 | | 0.00 | FA |
| 3. Checking Oxford Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking US Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 1998 Toyota Rav 4 Kelly Blue Book Private Fair | 2,491.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Toyota Camry LEX KBB Private Fair | 2,479.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)      $328,585.00      $22,000.00      $141,000.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims to be reviewed and objections thereto filed if necessary. Then the Final report will be filed.

Initial Projected Date of Final Report (TFR): 02/28/14      Current Projected Date of Final Report (TFR): 02/28/14

LFORM1      Ver: 18.03a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-00803 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HIRA, ANOOP | | Bank Name: | ASSOCIATED BANK |
| | HIRA, SHARMILLA | | Account Number / CD #: | *******9585 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2145 | | | |
| For Period Ending: | 11/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/13 | 1 | First American Title Insurance Company | Sale of Real Estate | | 22,004.40 | | 22,004.40 |
| | | 27775 Diehl Road | | | | | |
| | | Warrenville, IL 60555 | | | | | |
| | | FIRST AMERICAN TITLE INSURANCE COMP | Memo Amount: 141,000.00 | 1110-000 | | | |
| | | | Gross Sale of Real Estate | | | | |
| | | | Memo Amount: ( 3,716.16 ) | 2820-000 | | | |
| | | | Post Petition County Taxes | | | | |
| | | BAIRD & WARNER | Memo Amount: ( 3,375.00 ) | 3510-000 | | | |
| | | | Realtor's Commission | | | | |
| | | REMAX HORIZON | Memo Amount: ( 5,085.00 ) | 3510-000 | | | |
| | | | Realtor's Commission | | | | |
| | | CHASE | Memo Amount: ( 73,300.65 ) | 4110-000 | | | |
| | | | Payoff of First Mortgage | | | | |
| | | NATURE'S EDGE CONDO ASSOCIATION | Memo Amount: ( 326.13 ) | 2500-000 | | | |
| | | | Association Dues | | | | |
| | | FOX METRO WATER DISTRICT | Memo Amount: ( 6.30 ) | 4120-000 | | | |
| | | | Final Water Bill | | | | |
| | | CITY OF AURORA | Memo Amount: ( 174.36 ) | 4120-000 | | | |
| | | | Water Bill | | | | |
| | | ARS SURVEY | Memo Amount: ( 335.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | | Memo Amount: ( 2,677.00 ) | 2500-000 | | | |
| | | | Misc Closing Costs | | | | |
| | | ANOOP & SHARMILLA HIRA | Memo Amount: ( 30,000.00 ) | 8100-000 | | | |
| | | | Debtors' Homestead Exemption | | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 21,994.40 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.64 | 21,962.76 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.65 | 21,930.11 |

Page Subtotals 22,004.40 74.29

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-00803 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HIRA, ANOOP | | Bank Name: | ASSOCIATED BANK |
| | HIRA, SHARMILLA | | Account Number / CD #: | *******9585 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2145 | | | |
| For Period Ending: | 11/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.61 | 21,897.50 |
| 02/11/14 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond # 016026455 | 2300-000 | | 29.27 | 21,868.23 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.39 | 21,838.84 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.47 | 21,806.37 |
| * 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 31.37 | 21,775.00 |
| 06/06/14 | 001001 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 8,800.00 | 12,975.00 |
| 06/06/14 | 001002 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | | | 8,670.00 | 4,305.00 |
| | | | Fees         8,490.00 | 3110-000 | | | |
| | | | Expenses      180.00 | 3120-000 | | | |
| 06/06/14 | 001003 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Claim 10, Payment 7.29518% | 7100-000 | | 2,124.04 | 2,180.96 |
| 06/06/14 | 001004 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 4, Payment 7.29514% | 7100-000 | | 889.74 | 1,291.22 |
| 06/06/14 | 001005 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 1, Payment 7.29508% | 7100-900 | | 32.69 | 1,258.53 |

Page Subtotals         0.00         20,671.58

Ver: 18.03a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-00803 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HIRA, ANOOP | | Bank Name: | ASSOCIATED BANK |
| | HIRA, SHARMILLA | | Account Number / CD #: | *******9585 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2145 | | | |
| For Period Ending: | 11/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | 001006 | Capital One, N.A. (Best Buy Co., Inc.)<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Claim 11, Payment 7.29559% | 7100-900 | | 62.78 | 1,195.75 |
| 06/06/14 | 001007 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 2, Payment 7.29456% | 7100-900 | | 54.54 | 1,141.21 |
| 06/06/14 | 001008 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181 | Claim 3, Payment 7.29502% | 7100-900 | | 147.25 | 993.96 |
| 06/06/14 | 001009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 5, Payment 7.29563% | 7100-900 | | 92.61 | 901.35 |
| 06/06/14 | 001010 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 6, Payment 7.29511% | 7100-900 | | 529.36 | 371.99 |
| 06/06/14 | 001011 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 7, Payment 7.29500% | 7100-900 | | 71.58 | 300.41 |
| 06/06/14 | 001012 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 8, Payment 7.29534% | 7100-900 | | 198.28 | 102.13 |
| 06/06/14 | 001013 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120 | Claim 9, Payment 7.29536% | 7100-900 | | 133.50 | -31.37 |

Page Subtotals     0.00     1,289.90

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-00803 -DRC | |
| Case Name: | HIRA, ANOOP | |
| | HIRA, SHARMILLA | |
| Taxpayer ID No: | *******2145 | |
| For Period Ending: | 11/25/14 | |

| | | |
|---|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******9585 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * 06/06/14 | | Miami FL 33131-1605<br>Reverses Adjustment OUT on 05/07/14 | BANK SERVICE FEE<br>reversed fee; as final report filed 4/29/14 | 2600-003 | | -31.37 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 141,000.00 | COLUMN TOTALS | 22,004.40 | 22,004.40 | 0.00 |
| Memo Allocation Disbursements: | 118,995.60 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 22,004.40 | 22,004.40 | |
| Memo Allocation Net: | 22,004.40 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 22,004.40 | 22,004.40 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 141,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 118,995.60 | Checking Account (Non-Interest Earn - ********9585 | 22,004.40 | 22,004.40 | 0.00 |
| Total Memo Allocation Net: | 22,004.40 | | 22,004.40 | 22,004.40 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  -31.37

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*